# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Dennis Harris, | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) CIV 13-8090-PCT-JWS |
| Monarch Recovery Holdings Inc., | ) |
| Defendant, | ) |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED  that pursuant to the Notice of Offer of Judgment and the Notice of Acceptance of Offer of Judgment, judgment is entered for Plaintiff, Dennis Harris, and against Defendant, Monarch Recovery Holdings Inc., in the amount of $1,000.00, together with costs and attorneys' fees accrued to the date of the offer, in full and final resolution of all issues raised in Plaintiff's Complaint. The Complaint and this action are hereby terminated.


 January    8,  2014     BRIAN D.  KARTH
Date            District Court Executive/Clerk

           .  s/   Ruth E. Williams
           By  Ruth E. Williams
             Deputy Clerk